963 A.2d 810

OFP, L.L.C., A NEW JERSEY LIMITED LIABILITY COMPANY, PLAINTIFF–APPELLANT, v. THE STATE OF NEW JERSEY, DEFENDANT–RESPONDENT.

Argued September 23, 2008—Decided December 9, 2008.

*Brian J. Mulligan,* argued the cause for appellant (*Sterns & Weinroth,* attorneys; *Vincent J. Paluzzi* and *Jason T. Stypinski,* on the briefs).

*Barbara L. Conklin,* Deputy Attorney General, argued the cause for respondent (*Anne Milgram,* Attorney General of New Jersey, attorney; *Patrick DeAlmeida* and *Nancy Kaplen,* Assistant Attorneys General, of counsel; *Ms. Conklin, Dean Jablonski* and *Lewin J. Weyl,* Deputy Attorneys General, on the briefs).

*Kathleen Jackson Shrekgast,* submitted a brief on behalf of *amicus curiae* New Jersey Highlands Coalition (*Julia LeMense,* Director, *Eastern Environmental Law Center,* attorney; *Ms. Jackson Shrekgast, John D. Echeverria* and *Marc R. Poirier,* members of the District of Columbia Bar, on the brief).

*Edward D. McKirdy,* submitted a brief on behalf of *amici curiae* Pacific Legal Foundation, Vikkie Karcher Siegal and the American Association of Small Property Owners (*McKirdy and Riskin,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Skillman's opinion of the Appellate Division, reported at 395 *N.J.Super.* 571, 930 *A.*2d 442 (2007).

*For affirmance*—Chief Justice RABNER, and Justices LONG, LaVECCHIA, ALBIN, WALLACE, RIVERA–SOTO and HOENS—7.

*Opposed*—None.